UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DEVON COBB,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF BARSTOW, CITY OF BARSTOW POLICE DEPARTMENT, PETE D'ANDREA, RUDY PEREZ, MICHAEL CARDENAS, and DOES 1 through 9;<br><br>　　　　Defendants.<br>_____ | No. EDCV12-1839 TJH (OPx)<br><br>**ORDER RE: DISMISSAL OF PETE D'ANDREA, RUDY PEREZ, AND MICHAEL CARDENAS [JS-6]** |

**IT IS HEREBY ORDERED:**

　　Plaintiff, Antoine Devon Cobb, dismisses Pete D'Andrea, Rudy Perez, and Michael Cardenas with prejudice.

DATED: August 27, 2013　　　　_____

　　　　　　　　　　　　　　　　Honorable Terry J. Hatter, Jr.
　　　　　　　　　　　　　　　　United States District Judge

1

ORDER